MAY 27, AD 2005



CLERK OF COURT
EASTERN DISTRICT OF CA
U.S. COURTHOUSE
501 I St.
SACRAMENTO CA 95814

JUN - 6 2005

RE: CR 95-224-RE   (NO. CR-S-94-368-GEB)

COULD I PLEASE HAVE THE DOCKET SHEET FOR THE ABOVE-MENTIONED CASE, WHICH WAS A JOINT PROCEEDING WITH CASE NO. CR 94-332-RE FROM OREGON.

THANK YOU,

RACHELLE SHANNON
59755-065   FCI DUBLIN
5701 8th St. CAMP PARKS
DUBLIN CA 94568

My STATUS IS
IN FORMA PAUPERIS